UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO ANTHONY,

       Plaintiff,           CIVIL ACTION NO. 08-CV-11436

vs.

                             DISTRICT JUDGE DENISE PAGE HOOD

BARBARA RANGER, et al.,    MAGISTRATE JUDGE MONA K. MAJZOUB

       Defendants.
_____/

**ORDER DIRECTING DEFENDANTS' COUNSEL TO PROVIDE
UNDER SEAL ADDRESS FOR UNSERVED DEFENDANTS
AND
ORDERING PLAINTIFF TO SHOW CAUSE WHY
DEFENDANTS JOHN AND JANE DOE SHOULD NOT BE DISMISSED**

    This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's application to proceed *in forma pauperis* has been granted. This matter comes before the Court after service was attempted by the United States Marshals. The last known addresses of Defendants Barbara Ranger, Jennifer Miller, Frederick A. MacKinnon, A. Perrin, Curtis G. Broughton and Richard E. Vollbach are needed for the U.S. Marshal to attempt again service of process.

    **IT IS THEREFORE ORDERED** that on or before May 15, 2009 Defendants' counsel (the Michigan Department of Attorney General) file under seal, as authorized by E.D. Mich. LR 5.1 and 5.3 and the ECF Filing Policies and Procedures, and pursuant to this Order, the last known address or proper service address for Defendants Barbara Ranger, Jennifer Miller, Frederick A. MacKinnon, A. Perrin, Curtis G. Broughton and Richard E. Vollbach.

**IT IS FURTHER ORDERED** that on or before May 15, 2009 Plaintiff provide further identifying information (such as the full name) for Defendants Jane and John Doe.

### NOTICE TO PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: April 28, 2009　　　　　　　　　　s/ Mona K. Majzoub
　　　　　　　　　　　　　　　　　　　　MONA K. MAJZOUB
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

### PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Lorenzo Anthony and Counsel of Record on this date.

Dated: April 28, 2009　　　　　　　　　　s/ Lisa C. Bartlett
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

2