UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO ANTHONY,

        Plaintiff,        CIVIL ACTION NO. 08-CV-11436

    vs.

                                  DISTRICT JUDGE DENISE PAGE HOOD

BARBARA RANGER,        MAGISTRATE JUDGE MONA K. MAJZOUB
et al.,
        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS (DOCKET NO. 113)

This matter comes before the Court on Plaintiff's Motion For Sanctions. (Docket no. 113). Defendants Ranger and Williams filed a response. (Docket no. 114). All pretrial matters have been referred to the undersigned for decision. (Docket no. 6). The Court dispenses with oral argument pursuant to E.D. Mich. LR 7.1(f). This matter is now ready for ruling pursuant to 28 U.S.C. § 636(b)(1)(A).

Plaintiff moves for sanctions under Federal Rules of Civil Procedure 11 and 37, arguing that Defendants Ranger and Williams failed to comply with a court order requiring them to serve on Plaintiff their response to Plaintiff's Interrogatory no. 6 by November 15, 2010. Defendants show that they served their response to Interrogatory no. 6 by the required deadline. Accordingly, Plaintiff's motion will be denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion For Sanctions (docket no. 113) is **DENIED**.

NOTICE TO PARTIES

1

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: March 2, 2011  　　　　　　　　　s/ Mona K. Majzoub
　　　　　　　　　　　　　　　　　　　MONA K. MAJZOUB
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


**PROOF OF SERVICE**

　　　I hereby certify that a copy of this Order was served upon Lorenzo Anthony and Counsel of Record on this date.

Dated: March 2, 2011  　　　　　　　　　s/ Lisa C. Bartlett
　　　　　　　　　　　　　　　　　　　Case Manager